# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: JKOEVARY@OLSHANLAW.COM
DIRECT DIAL: 212.451.2265

March 2, 2018

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Suite 1595
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
BY ELECTRONIC COURT FILING SYSTEM

    Re:    East Coast TVs Inc *et al.* v. Merrick Bank Corporation *et al.*, No. 18-01023 (ESS)

Dear Judge Stong,

This firm represents the Debtors in the above-referenced adversary proceeding. We write at Chambers' request concerning the status of service and communications regarding the TRO sought [Dkt. No. 8].

With respect to Merrick Bank, this afternoon we contacted their General Counsel following communications with its President that began yesterday evening. Their General Counsel is Brian Jones, whose email address is brian.jones@merrickbank.com and whose mailing address is 10705 S. Jordan Gateway, Ste. 200, South Jordan, UT 84095, Attn: Brian W. Jones. We are also aware of the following address for Merrick Bank: 135 Crossways Park Drive North, Suite A100, Woodbury, NY 11797 Attn: Don Berman, President.

Mr. Jones is aware of the proposed date and time for the hearing of March 8, 2018 at 9:00am. He has advised that he will look to retain local counsel in connection with the TRO, but was not certain if such counsel would be retained today and, although he had no objection to the proposed date, was not certain of counsel's availability.

With respect to Citizens Bank, we have no information except what we have learned from the Delaware Secretary of State's website as Citizen's Bank's proper service address: Citizens Bank, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

Only Priority Payment Services Inc. would have more specific information concerning the Debtors' accounts, since we just learned of Citizen's Bank involvement with the Debtors' accounts. This morning at approximately 9:30 a.m., we asked Priority Payment's outside counsel for this information and were advised thereafter that they had a request in to their client regarding the same. At this hour, we have received no further information.

                                        Respectfully submitted,

                                        Jonathan T. Koevary, Esq.